UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| DARIAN BROADY | : | No. 17-121-3 |

# O R D E R

**AND NOW**, this 21st day of August, 2018, upon consideration of the Pro Se Motion to Dismiss Indictment (Doc. No. 110) filed by defendant Darian Broady who is represented in this case by counsel, it is **ORDERED** that the Motion is **DENIED** without prejudice to allow counsel for Mr. Broady to re-file the Motion if counsel, in consultation with his client, determines to do so.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge