# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| DARIAN BROADY | : | No. 17-cr-121-3 |

## ORDER

**AND NOW**, this 19th day of April, 2021, upon consideration of Darian Broady's § 2255 Motion to Vacate/Set Aside/Correct a Sentence (Doc. No. 214), the Court's prior order (Doc. No. 215), Mr. Broady's Letter (Doc. No. 220), and the Government's Response to the Motion (Doc. No. 225), it is **ORDERED** that:

1. The Motion (Doc. No. 214) is **DENIED** for the reasons set forth in the Court's Memorandum Opinion.

2. No certificate of appealability will issue because reasonable jurists would not disagree with this denial of Mr. Broady's Motion.

3. The Clerk of Court shall mark this matter **CLOSED** for all purposes, including statistics.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1